■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. EARL WOLF et al., Respondents, v ACANDS, INC., et al., Defendants, and CELOTEX CORPORATION, Individually and as Successor in Interest to PHILIP CAREY CORPORATION, Appellant. (Appeal No. 5.)—Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Kane, J.—Discovery.) Present—Denman, P. J., Balio, Lawton, Fallon and Doerr, JJ.